IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00635

ORGANIC GREENS, INC.,

       Petitioners,

   v.

UNITED STATES OF AMERICA,

       Respondent.

---

ORDER DISMISSING PETITION TO QUASH SUMMONS

---

Upon consideration of the stipulation between the parties, IT IS HEREBY ORDERED THAT the Petitioner's claims against the United States are dismissed with prejudice.

DATED this 18th day of April, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge